IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN MAUS,

                    Plaintiff,                                ORDER

        v.

STEVEN RATSCH and ERIN DUNAHAY,                              23-cv-814-jdp

                    Defendants.

---

Attached to this order are drafts of the voir dire, jury instructions, and verdict form.

Also, Maus moves for an order directing the United States Attorney to criminally charge defendants and opposing counsel with perjury for defendants' answers to interrogatories. Dkt. 75. That motion is DENIED for two reasons. First, this court does not have the authority to order criminal charges against anyone. Second, even if I construed Maus's motion as one for sanctions against defendants and counsel, what he describes is not sanctionable misconduct but rather his disagreement about the underlying events of the case, a run-of-the-mill occurrence in litigation. The factual disputes over defendants' actions are to be resolved by the jury at trial, not be the court in sanctions proceedings.

Entered July 21, 2026.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge