IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN MAUS,

  Plaintiff,         ORDER

v.

              23-cv-814-jdp

ERIN DUNAHAY, et al.

  Defendants.

Plaintiff Brian Maus has filed a notice of appeal from an judgment entered on August 5, 2026. Plaintiff also filed a motion to proceed without prepaying the appellate docketing fee, but plaintiff has not submitted a certified trust fund account statement for the six-month period preceding the appeal as required by the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider the motion at this time.

ORDER

IT IS ORDERED that plaintiff Brian Maus may have until September 1, 2026 to pay the $605[1] appellate docketing fee or submit a certified trust fund account statement for the six-month period preceding the appeal. Failure to meet this deadline may result in dismissal of the appeal.

Entered this 11th day of August, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2023, the fee for filing an appeal is $605.